UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SIRONDA SANDERS                    )
           Plaintiff,              )
                                   )
v.                                 )          **JUDGMENT**
                                   )          No. 5:21-CV-485-FL
WAFFLE HOUSE, INC.                 )
           Defendant              )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion for summary judgment and plaintiff's motion to amend complaint.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 21, 2023, and for the reasons set forth more specifically therein, it is ordered that defendant's motion for summary judgment is GRANTED.

**This judgment Filed and Entered on March 21, 2023, and Copies To:**
Drew Stuart Sprague (via CM/ECF Notice of Electronic Filing)
RaShawnda Murphy Williams / F. Marshall Wall (via CM/ECF Notice of Electronic Filing)

March 21, 2023                    PETER A. MOORE, JR., CLERK

                                  /s/ Sandra K. Collins
                               (By) Sandra K. Collins, Deputy Clerk